# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Duane Schwarze, | Court File No.: 14cv2043 (PJS/JJK) |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Stratasys, Inc., Roger King and Robert Brunskill, individually, | |
| Defendants. | |

Plaintiff Duane Schwarze and Defendants Stratasys, Inc., Roger King and Robert Brunskill, by their respective undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate, and move the Court, to dismiss the above-captioned matter with prejudice, without any further costs or attorneys' fees to any party.

Dated: 08/24/2015

By:   /s/ Jarvis C. Jones
Jarvis C. Jones
Bar Number 167952
Eric D. Satre
Bar Number 183015
Attorneys for Plaintiff
Jones Satre Weimer, PLLC
7900 Xerxes Avenue South
820 Wells Fargo Plaza
Bloomington, MN 55431
Telephone: (952) 820-8400
Fax: (952) 820-8410
jjones@jonessatre.com
esatre@jonessatre.com

Dated: 08/18/2015             By:   /s/ Corie J. Tarara
Gregory L. Peters
Bar Number 0289401
Corie J. Tarara
Bar Number 0349197
Attorneys for Defendant Stratasys, Inc.
Seaton, Peters & Revnew, P.A.
7300 Metro Boulevard, Suite 500
Minneapolis, Minnesota 55439
Telephone: (952) 896-1700
Fax: (952) 896-1704
gpeters@seatonlaw.com
ctarara@seatonlaw.com